Robert David Baker, Esq. (87314)
ROBERT DAVID BAKER, INC.
80 South White Road
San Jose, CA 95127
(408) 251-3400 telephone
(408) 251-3401 facsimile
rbaker@rdblaw.net
Attorney for Plaintiffs
RODOLFO SOLORZANO; JOSE VELEZ;
ADOLFO BOJORQUEZ, on behalf of themselves
and those similarly situated individuals,

Thomas Margain (193555)
Huy Tran (288196)
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com
Attorney for Defendants
ANTONIO AGUILAR and MARISELA AGUILAR

Angela J. Rafoth (241966)
arafoth@littler.com
Michael J. Hui (273212)
mhui@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Attorneys for Defendant
AVIS RENT A CAR SYSTEM, LLC

Reed L. Russell (Fla 0184860)
admitted pro hac vice
reed.russell@phelps.com
Jolee Land (240940)
Jolee.land@phelps.com
PHELPS DUNBAR, LLP
100 Ashley Drive, Suite 1900
Tampa. Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570

(continued on next page)

Solorzano, et al v. MGA Drivers, et al; 5:16-cv-01529-EJD
[Proposed] Order Approving Individual FLSA Settlement

1

PD.23018203.1

Thomas P. Klein (148585)
tklein@sbcglobal.net
TKLEIN ASSOCIATES, INC.
One Kaiser Plaza, Suite 350
Oakland, CA 94612
Telephone: (510) 268-0020
Facsimile: (510) 268-0022
Attorneys for Defendant
THE HERTZ CORPORATION

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO SOLORZANO; JOSE VELEZ; ADOLFO BOJORQUEZ, and on behalf of themselves and those similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA DRIVERS; ANTONIO AGUILAR; MARISELA AGUILAR; AVIS RENT A CAR SYSTEM, LLC; THE HERTZ CORPORATION,<br><br>Defendants. | Case No. 5:16-cv-01529-EJD<br><br>[PROPOSED] ORDER APPROVING FLSA INDIVIDUAL SETTLEMENTS<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Edward J. Davila<br>Dept: Courtroom No. 4, 5th Floor |

The Parties Joint Administrative Motion for Approval of FLSA Individual Settlements and Entry of Order of Dismissal As to Potential Class Members came regularly before the Court.

The Court has reviewed *in camera* the settlement agreement, the moving papers, and the Declaration of Robert David Baker.

AND FOR GOOD CAUSE APPEARING, the Court finds that the settlement of this matter is a fair and reasonable resolution of a bona fide dispute of FLSA claims, and the Court approves the individual settlement of the FLSA claims with respect to the First and Second causes of action under the FLSA. The Court does not need to approve the settlement of the individual state law claims.

The case is hereby dismissed with prejudice.. The Clerk shall close this file.

IT IS SO ORDERED.

Dated: April 30, 2018

*[signature]*

Honorable Edward J. Davila
Judge, United States District Court